In the Matter of the Claim of BLAIR LINK, Respondent, against GEORGE KENNEDY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.†— Award affirmed, with costs to the State Industrial Board. Davis, Whitmyer, Hill and Hasbrouck, JJ., concur; Hinman, Acting P. J., dissents and votes for reversal of the award and dismissal of the claim on the ground that claimant was not an employee, but simply practiced his independent professional calling as an embalmer, and incidentally provided caskets and chairs; and whatever else he may have done was incidental to his professional work or his independent contract to deliver caskets or chairs; and on the authority of *Matter of Renouf* v. *N. Y. C. R. R. Co.* (254 N. Y. 349).

In the Matter of the Claim of JOHN FRANKLIN, Respondent, against HINKLE IRON COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.‡— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of CHARLES H. FROBERG, Respondent, against THE JOURNAL OF COMMERCE and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of WALTER MACIN, Respondent, against HARVARD AUTO BODY CO., INC., and Another, Appellants. STATE INDUSTPIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no evidence to sustain the finding that claimant within the year " had come in direct contact with and had handled lead." Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ., concur.

In the Matter of the Claim of THOMAS ANAGNOS, Respondent, against NEW YORK UNITED HOTELS, INC. (HOTEL ROOSEVELT), and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of GUISEPPE VOLLPE, Respondent, against JOHN PETTI, Doing Business as WESTCHESTER CONCRETE COMPANY. MARYLAND CASUALTY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.§— Award affirmed, with costs to the State Industrial Board. Hinman, Acting P. J., Davis, Whitmyer and Hill, JJ., concur; Hasbrouck, J., dissents.